```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS TORO,                                                             :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         22 Civ. 7084 (JPC)
            -v-                                                        :
                                                                       :              ORDER
TENEOLOGY, INC.,                                                       :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff initiated this action on August 19, 2022.  Dkt. 1.  His deadline to serve Defendant was therefore November 17, 2022.  *See* Fed. R. Civ. P. 4(m).  That deadline has passed, and the docket does not reflect any proof that Defendant has been served.  Accordingly, the Court extends sua sponte Plaintiff's deadline to serve Defendant until November 28, 2022.  Failure to do so by this new deadline may result in an order dismissing the case for failure to prosecute.

      SO ORDERED.

Dated: November 21, 2022  
      New York, New York

                                                     JOHN P. CRONAN  
                                                   United States District Judge