```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS TORO,                                                             :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            22 Civ. 7084 (JPC)
             -v-                                                       :
                                                                       :                ORDER
TENEOLOGY, INC.,                                                       :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 21, 2022, the Court directed Plaintiff to serve Defendant by November 28, 2022. The Court also warned Plaintiff that failure to do so may result in an order dismissing the case for failure to prosecute. The extended deadline to serve Defendant has passed, and the docket does not reflect any proof that Defendant has been served. Accordingly, by December 14, 2022, Plaintiff shall submit a letter explaining why good cause exists for his failure to serve Defendant within ninety days of filing his Complaint. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: December 12, 2022
       New York, New York                           _____
                                                          JOHN P. CRONAN
                                                      United States District Judge