UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
LUIS TORO, :
 :
                Plaintiff, :
 : 22 Civ. 7084 (JPC)
     -v- :
 : ORDER
TENEOLOGY, INC., :
 :
              Defendant. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been notified by the Court-annexed Mediation Program that the Parties represent that they have reached a settlement on all issues. By May 11, 2023, the Parties shall file a stipulation of dismissal or a status letter as to settlement.

      SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge