```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS TORO,                                                             :
                                                                       :
                                    Plaintiff,                         :
                                                                       :    22 Civ. 7084 (JPC)
                -v-                                                    :
                                                                       :    ORDER
TENEOLOGY, INC.,                                                       :
                                                                       :
                                    Defendant.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 11, 2023, the Court order the parties to file a stipulation of dismissal or a status letter as to settlement by May 11, 2023, in light of the parties' representation to the Court-annexed Mediation Program that they have reached a settlement on all issues in the case. That deadline has passed, and the docket does not reflect any stipulation of dismissal or status letter. Accordingly, the parties' deadline to file a stipulation of dismissal is adjourned to May 17, 2023. Failure to comply with this order may result in dismissal for failure to prosecute.

SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge