```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS TORO,                                                             :
                                                                       :
                          Plaintiff,                                   :
                                                                       :      22 Civ. 7084 (JPC)
              -v-                                                      :
                                                                       :      ORDER
TENEOLOGY, INC.,                                                       :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 12, 2023, after the parties failed to submit a stipulation of dismissal or a status letter as to settlement by May 11, 2023, the Court adjourned the deadline to May 19, 2023, but warned that "[f]ailure to comply . . . may result in dismissal for failure to prosecute."  Dkt. 21. That extended deadline has now passed, yet the docket still does not reflect any stipulation of dismissal or status letter as to settlement.  Accordingly, the parties shall submit a letter by May 24, 2023, explaining why the Court should not dismiss this case for failure to prosecute.

SO ORDERED.

Dated: May 22, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge